FILED
CHARLOTTE, NC

NOV 9 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



**North Carolina Western**
**MEMORANDUM**

**Date:** November 9, 2012

**To:** The Honorable Graham C. Mullen
Senior United States District Judge

**From:** Gregg W. Henderson
U.S. Probation Officer

**Subject:** Reaon Oneil Moultry
Docket No.: 3:93CR00028-006-MU
OUT OF COUNTRY TRAVEL REQUEST

---

This is in reference to the above named individual who appeared before Your Honor on 6/26/1995, and received a sentence of 324 months imprisonment, followed by 5 years supervised release for the offenses of Conspiracy to Possess with Intent to Distribute Cocaine/Crack, in violation of 21:846 and 21:841(a)(1); and Possess with Intent to Distribute Cocaine Base, in violation of 18:2. On 12/11/2011, Your Honor granted a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) to time served, plus 10 days. Special conditions of supervision included: (1) $100 assessment (paid). Supervised release began on 1/05/2012.

Mr. Moultry has submitted a request to travel on a Carnival Cruise departing from Charleston, SC on November 13, 2012, sailing to Freeport and Nassau, in the Bahamas; returning to Charleston, SC on November 18, 2012.

Mr. Moultry is currently employed and there have been no incidents of noncompliance since he began supervised release.

It is recommended that Mr. Moultry be allowed to travel to The Bahamas on the Carnival Cruise as long as he remains in compliance with the terms and conditions of supervision. Please indicate your response at the bottom of this memo.

[X] Court concurs with U.S. Probation Officer's recommendation

[ ] Court denies defendant's request for travel out of country

_____  _____
Judicial Officer            Date

9 Nov 2012